UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| STEPHANIE ILENE LAZARUS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LEROY D. BACA, SHERIFF OF LOS ANGELES COUNTY; SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES,<br><br>　　　　　Respondents. | No. CV 10-1423 GHK (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Summary Dismissing Action,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:   3/17/10

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　United States District Judge